IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Stephanie D. Phelps, | : | |
| | : | |
| Plaintiff(s), | : | |
| | : | Case Number: 1:10cv920 |
| vs. | : | |
| | : | Chief Judge Susan J. Dlott |
| Cincinnati Children's Hospital Medical Center, | : | |
| | : | |
| Defendant(s). | : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate
Judge Stephanie K. Bowman filed on May 5, 2011 (Doc. 15), to whom this case was referred
pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the
time for filing such objections under Fed. R. Civ. P. 72(b) expired May 23, 2011, hereby
ADOPTS said Report and Recommendation.

Plaintiff's complaint is **DISMISSED** with prejudice for failure to prosecute, based upon
her failure to keep the Court apprised of her current address and failure to comply with Rule
26(f).

This case is hereby **TERMINATED** from the docket of this Court.

IT IS SO ORDERED.

```
    s/Susan J. Dlott
```
Chief Judge Susan J. Dlott
United States District Court